

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-88,960-01 thru -04

**EX PARTE JAMES RAY SMITH, Applicant**

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. CR09-0253-01, CR-09-0254-01, CR09-0255-01, & CR09-0256-01
## IN THE 43RD DISTRICT COURT
## FROM PARKER COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789, 800–805 (Tex. Crim. App. 2015).


FILED:      October 3, 2018
DO NOT PUBLISH